# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 31, 2020

Ms. Kellie Lynne Paschke
SKINNER & PASCHKE
Suite 102
1454 30th Street
West Des Moines, IA  50266

      RE:  20-1215  Adeline Clark, et al v. Frontier Airlines

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Counsel is advised to review this Court's docket sheet to determine if their correct mailing address is reflected. The address on the docket sheet is the address that PACER has listed. If it is not correct, please contact PACER immediately and have your mailing address updated.  Additionally, counsel is advised to review this Court's docket sheet as to the caption and ensure the parties are listed accurately.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc: Mr. John S. Courter
    Mr. Chris Hollinger
    Mr. Ryan Gene Koopmans
    Mr. Matthew Charles McDermott
    Mr. Jason D. Walke

District Court/Agency Case Number(s): 4:19-cv-00012-JEG

**Caption For Case Number: 20-1215**

Adeline Clark; Amanda Arana; Barb Danner; Bobbi Close; Cara Stewart; Caroline Gagne; Christi Jenkins; Christine Kernen; Christopher Begnaud; Cibelle McDonald; Cindi Fanelli; Clara McKee; Connie Wertzbaugher; Courtney Turner; Cynthia South; Dana Wipff; Darol Glasscock; David Jelinek; Dawn Shobe; Debbie Brimmerman; Denis Gerdes; Donald Moore; Dymetra McCaskill; Ellen Hamor; Erin Barber; Faith France; Gladys Sims; Glen Josang; Holly Detlef; Jacqueline Acree; Jaimie Savor; James Young; Jenna Beldyga; Jennie Benish; Jenny Guzzo; Jerry Johnson; Jessica Armstrong; Jessica Healy; Jocelyn McCaskill; John Miller; Jonathan Ferguson; Karen Haw; Kathleen Arnold; Kerri Wright; Laura Hamlin; Laura Sullivan; Levi Witthuhn; Linda Henderson; Linda Kellerman; Lucas Thompson; Mary Carwile; Melissa Dahlman; Mike Sellers; Nancy Poffel; Nelson Miranda; Nicole Lallier; Randolph Aucone; Rashad Owens; Renate McConathy-Eggimann; Rhonda Nembhard; Rita Conca; Robert Baker; Rosemary Lindsey; Ross Miller; Sarah Dinkelman; Shanyn Kiesler; Sherry Harriman; Stacy Carter; Steven Shaw; Steven Sublett; Susan Means; Tamara Stewart; Tammy Kallsen; Victoria Martinez; Zachary Davis; Zeinab Salah; Paula Luce; Megan Purkis; Aimee Culler Ross; Judy Sutton; Cindy Sarver; Tiffany Blue-Diaz; Caroline Lerew; Kira Cartagena; Debra Bowman; Susan Cady; Lisa Herrmann; Rebekah Grim; Linda Jepsen; Melody Filarey; Tracy Connolly; Paige Gerlach Chumley; Arianna Groven; Denise A. Smith; Diane King; Suzanne Bodnar-Jackson; Heather Hunt

        Plaintiffs - Appellants

v.

Frontier Airlines, Inc.

        Defendant - Appellee

**Addresses For Case Participants: 20-1215**

Ms. Kellie Lynne Paschke
SKINNER & PASCHKE
Suite 102
1454 30th Street
West Des Moines, IA  50266

Mr. John S. Courter
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Mr. Chris Hollinger
O'MELVENY & MYERS
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305

Mr. Ryan Gene Koopmans
NYEMASTER & GOODE
Suite 1600
700 Walnut Street
Des Moines, IA  50309-3899

Mr. Matthew Charles McDermott
BELIN & MCCORMICK
2000 Financial Center
666 Walnut Street
Des Moines, IA  50309-0000

Mr. Jason D. Walke
WALKE LAW LLC
204 W. Hickman Road
Waukee, IA  50263