# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1215

Adeline Clark, et al.

Appellants

v.

Frontier Airlines, Inc.

Appellee

---

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:19-cv-00012-JEG)

---

**ORDER**

Appellants' brief was due on March 11, 2020, but has not been filed. It is hereby ordered that appellants show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

March 20, 2020

Order Entered Under Rule 27A(a):
Clark, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans