# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1215

Adeline Clark, et al.

Appellants

v.

Frontier Airlines, Inc.

Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa – Des Moines
(4:19-cv-00012-JEG)
_____

NOTICE AND AGREEMENT OF VOLUNTARY DISMISSAL
Pursuant To Fed. R. App. P. 42(b)

COME NOW, the Appellants, Adeline Clark, et al., by and through their attorneys Kellie L. Paschke and Jason D. Walke, and submit this Notice and Agreement of Voluntary Dismissal with the consent of all parties; and accept all applicable court costs.

Respectfully submitted,

*/s/ Kellie L. Paschke*
Kellie L. Paschke AT# 0006038
SKINNER & PASCHKE, PLLC
1454 30th Street, Suite 102
West Des Moines, IA 50266
Telephone: (515) 987-0022
Facsimile: (515) 987-6972
E-Mail: kellie@splawiowa.com
E-Mail: beth@splawiowa.com

1

/s/ Jason D. Walke
Jason D. Walke, AT# 0008230
WALKE LAW, LLC
1441 29th Street, Suite 310
West Des Moines, IA 50266
Telephone: (515) 421-4026
Facsimile: (515) 216-2261
E-Mail: jwalke@walkelaw.com
E-Mail: nphifer@walkelaw.com

ATTORNEYS FOR PLAINTIFFS


/s/ Chris A. Hollinger
Chris A. Hollinger (pro hac vice)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
E-mail: chollinger@omm.com

Matthew C. McDermott
Ryan G. Koopmans
BELIN McCORMICK, P.C.
666 Walnut Street Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4643
Facsimile: (515) 558-064
Email:
mmcdermott@belinmccormick.com
rkoopmans@belinmccormick.com
ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

2