# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1215
_____

Adeline Clark; Amanda Arana; Barb Danner; Bobbi Close; Cara Stewart; Caroline Gagne; Christi Jenkins; Christine Kernen; Christopher Begnaud; Cibelle McDonald; Cindi Fanelli; Clara McKee; Connie Wertzbaugher; Courtney Turner; Cynthia South; Dana Wipff; Darol Glasscock; David Jelinek; Dawn Shobe; Debbie Brimmerman; Denis Gerdes; Donald Moore; Dymetra McCaskill; Ellen Hamor; Erin Barber; Faith France; Gladys Sims; Glen Josang; Holly Detlef; Jacqueline Acree; Jaimie Savor; James Young; Jenna Beldyga; Jennie Benish; Jenny Guzzo; Jerry Johnson; Jessica Armstrong; Jessica Healy; Jocelyn McCaskill; John Miller; Jonathan Ferguson; Karen Haw; Kathleen Arnold; Kerri Wright; Laura Hamlin; Laura Sullivan; Levi Witthuhn; Linda Henderson; Linda Kellerman; Lucas Thompson; Mary Carwile; Melissa Dahlman; Mike Sellers; Nancy Poffel; Nelson Miranda; Nicole Lallier; Randolph Aucone; Rashad Owens; Renate McConathy-Eggimann; Rhonda Nembhard; Rita Conca; Robert Baker; Rosemary Lindsey; Ross Miller; Sarah Dinkelman; Shanyn Kiesler; Sherry Harriman; Stacy Carter; Steven Shaw; Steven Sublett; Susan Means; Tamara Stewart; Tammy Kallsen; Victoria Martinez; Zachary Davis; Zeinab Salah; Paula Luce; Megan Purkis; Aimee Culler Ross; Judy Sutton; Cindy Sarver; Tiffany Blue-Diaz; Caroline Lerew; Kira Cartagena; Debra Bowman; Susan Cady; Lisa Herrmann; Rebekah Grim; Linda Jepsen; Melody Filarey; Tracy Connolly; Paige Gerlach Chumley; Arianna Groven; Denise A. Smith; Diane King; Suzanne Bodnar-Jackson; Heather Hunt

Plaintiffs - Appellants

v.

Frontier Airlines, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:19-cv-00012-JEG)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 31, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans