# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1215

Adeline Clark, et al.

Appellants

v.

Frontier Airlines, Inc.

Appellee

___

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:19-cv-00012-JEG)

___

**MANDATE**

In accordance with the judgment of 03/31/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 31, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit